IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RONNIE JONES,**

      **Plaintiff,**

v.                                                  **CASE NO. 5:11-cv-47-RS-EMT**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**
_____/

## ORDER

Before me is Plaintiff's Petition for Attorney's Fees (Doc. 26). Plaintiff is awarded $1,712.50 in attorneys' fees under the Equal Access to Justice Act, which shall be distributed in accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Defendant shall inquire of the Department of Treasury whether the Plaintiff has a debt owed to the United States. If a debt is owed, the EAJA fee award is subject to offset for the debt owed. After the offset, Defendant shall request that the Department of Treasury award Plaintiff any remaining amount beyond what is owed. If no debt is owed to the United States and the assignment of the EAJA fees is valid, Defendant will request that the Department of Treasury make the EAJA fees payable to the assignee.

**ORDERED** on April 12, 2012.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**